AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America )
v. )
)
)
) Case No. 09-mj-0500-RBC
)
Christiano Lima )
_____ )
Defendant

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: DEC - 1 2009

_____
Defendant's signature

_____
Signature of defendant's attorney

DANIEL J. CLOHERTY  MA #565772
Printed name and bar number of defendant's attorney

600 ATLANTIC AVENUE, BOSTON, MA 02210
Address of defendant's attorney

dcloherty@dwyercollora.com
E-mail address of defendant's attorney

617-371-1003
Telephone number of defendant's attorney

617-371-1037
FAX number of defendant's attorney