UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 09-10380-RWZ |
| ) | |
| CHRISTIANO LIMA ) | |

## WAIVER OF INDICTMENT

I, **CHRISTIANO LIMA**, the above-named defendant, who is accused of knowingly devising and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises concerning material facts and matters, and for the purpose of executing such scheme and artifice, did transmit and cause to be transmitted, by means of wire communications in interstate commerce, signs, signals pictures and sounds in violation of 18 U.S.C. §§ 1343 and 2, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on January 22, 2010 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

Christiano Lima
Defendant

Daniel J. Cloherty, Esq.
Counsel for the Defendant

Before: 
Honorable Robert B. Collings
United Sates Magistrate Judge

JAN 22 2010